UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANGLING XIE,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Defendants. | Case No. 26-cv-07571-EKL<br><br>**ORDER GRANTING STIPULATED MOTION TO WITHDRAW PETITIONER'S MOTION FOR SANCTIONS**<br><br>Re: Dkt. Nos. 7, 16 |

The Court having considered the parties' Stipulated Motion to Withdraw Petitioner's Motion for Sanctions, and upon the consent of the parties,

IT IS HEREBY ORDERED that Petitioner's Motion for Sanctions (ECF No. 7) is deemed WITHDRAWN. The Clerk is directed to remove the motion from the Court's pending docket. This Order does not discharge the Order to Show Cause regarding Rule 11 sanctions. *See* ECF No. 10.

**IT IS SO ORDERED.**

Dated: July 29, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California