UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANGLING XIE,<br>Petitioner,<br>v.<br>SERGIO ALBARRAN, et al.,<br>Respondents. | Case No. 26-cv-07571-EKL<br><br>**ORDER REGARDING SAFEGUARDS**<br>Re: Dkt. No. 30 |

The Court has reviewed and hereby APPROVES the parties' joint statement on proposed safeguards. ECF No. 30. Respondents shall implement the agreed-upon safeguards in the event that Petitioner is detained and removed.

**IT IS SO ORDERED.**

Dated: November 13, 2026

EUMI K. LEE
United States District Judge

United States District Court
Northern District of California